1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THANH QUANG,                                No.  2:22-cv-1703 KJN P

12                    Plaintiff,

13          v.                                    ORDER

14   CSP CALIFORNIA MEDICAL
     FACILITY,
15
                     Defendant.
16

17

18          Plaintiff is a state prisoner, proceeding pro se.  Plaintiff's complaint was filed with the

19   court on September 27, 2022.  However, the court's records reveal that on July 28, 2022, plaintiff

20   filed a complaint containing virtually identical allegations in Quang v. CSP California Medical

21   Facility, No. 2:22-cv-1341 CKD P (E.D. Cal.).[1]  On September 2, 2022, plaintiff was granted

22   leave to file an amended complaint in that case.  Id.  Although plaintiff did not style the instant

23   pleading as an "amended complaint," or include the case number No. 2:22-cv-1341 CKD P, as

24   required by the September 2, 2022 order, due to the nature of his allegations, plaintiff's complaint

25   should be construed as an amended complaint and filed in his prior case.

26   ////

27

28   [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d
     500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1          Therefore, the Clerk of the Court is directed to file plaintiff's complaint (ECF No. 1) as an

2   amended complaint in Quang, No. 2:22-cv-1341 CKD P.  Because this action was improvidently

3   opened, the Clerk of the Court is directed to terminate this action.

4          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court:

5          1.  File plaintiff's complaint (ECF No. 1) as an amended complaint in Quang, No. 2:22-

6   cv-1341 CKD P; and

7          2.  Terminate the instant action.

8   Dated:  October 11, 2022

9

10                                                                        KENDALL J. NEWMAN
                                                                          UNITED STATES MAGISTRATE JUDGE
11  /quan1703.23

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28