UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH QUANG, | No. 2:22-cv-1703 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CSP CALIFORNIA MEDICAL FACILITY, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On November 3, 2022, plaintiff filed a motion to appoint counsel. However, this civil rights action was closed on October 11, 2022. Therefore, plaintiff's motion is denied.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 6) is denied without prejudice to renewal in plaintiff's earlier-filed action.

Dated: November 7, 2022

/quan1703.31

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was terminated because plaintiff's complaint was construed as an amended complaint and ordered filed in his earlier case, Quang v. CSP California Medical Facility, No. 2:22-cv-1341 CKD. Plaintiff is advised that all future filings should bear case number 2:22-cv-1341 CKD P.

1